ATLANTIC RICHFIELD COMPANY v. DIRECTOR,
DIVISION OF TAXATION.

June 3, 1986.

Petition for certification granted. (See 208 *N.J.Super.* 201)

ANNETTA CROWLEY, ETC., ET AL. v. THE TOWN
OF HAMMONTON, ETC., ET AL.

June 3, 1986.

Petition for certification denied.

ROBERT SITZLER v. BOARD OF REVIEW, DEPARTMENT OF
LABOR AND INDUSTRY, ET AL.

June 3, 1986.

Petition for certification denied.

RITA LAMELL v. HOWARD LAMELL.

June 3, 1986.

Petition for certification denied.